IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KASEY HERNANDEZ**                                                            **PLAINTIFF**

**v.**                            **Case No. 4:20-cv-01209-KGB**

**DOE**                                                                     **DEFENDANT**

## ORDER

Before the Court are the Proposed Findings and Recommendation ("Recommendation") submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 9). Judge Harris recommends dismissing without prejudice plaintiff Kasey Hernandez's case for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders. *See generally Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (explaining that district courts have the inherent power to dismiss a case *sua sponte* for failure to prosecute). Mail sent to Ms. Hernandez has been returned on four occasions, including one piece of mail containing an Order directing Ms. Hernandez to show cause as to why the Court should not dismiss this case for failure to comply with Local Rule 5.5(c)(2) (Dkt. Nos. 5–8; 9). Ms. Hernandez has been given ample time and several opportunities to comply with Local Rule 5.5(c)(2). Furthermore, she has filed no objections to Judge Harris' Recommendation, and the deadline for doing so has passed. For the foregoing reasons, the Court, after careful review, adopts the Recommendation as this Court's findings in all respects (Dkt. No. 9). The Court dismisses without prejudice this case.

It is so ordered this 13th day of February, 2023.

                                                                                   Kristine G. Baker
                                                                                   United States District Judge